UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Daniel L Brooks Jr  
    Shyrnaa M Brooks  
        Debtor(s)

Case No. 11 B 50861

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/20/2011.

2) The plan was confirmed on 02/28/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/28/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 03/14/2016.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $30,913.30 |
| Less amount refunded to debtor | $865.38 |

**NET RECEIPTS:** $30,047.92

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,555.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,215.46 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,770.46

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 260.00 | 260.33 | 260.33 | 27.13 | 0.00 |
| Americollect Inc | Unsecured | 47.00 | 51.13 | 51.13 | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 462.11 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| Cash Yes Card | Unsecured | 1,062.50 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| Cottonwood Financial Ltd | Unsecured | 1,700.00 | 1,852.19 | 1,852.19 | 193.00 | 0.00 |
| Credit One Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Credit Systems Inc | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| Crescent Bank & Trust | Unsecured | 17,534.00 | 79.82 | 79.82 | 8.32 | 0.00 |
| Crescent Bank & Trust | Secured | 17,534.00 | 17,433.82 | 17,354.00 | 17,354.00 | 1,265.68 |
| Ecash Advance | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| Financial Asset Management Systems, Inc | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts Inc | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 2,171.16 | 585.23 | 585.23 | 60.99 | 0.00 |
| Internal Revenue Service | Priority | 2,171.16 | 1,585.93 | 1,585.93 | 1,585.93 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 694.00 | 694.80 | 694.80 | 72.40 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 730.80 | 730.80 | 76.15 | 0.00 |
| Magnum Cash Advance | Unsecured | 1,185.00 | NA | NA | 0.00 | 0.00 |
| Main Street | Unsecured | 1,317.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 849.00 | 851.90 | 851.90 | 88.77 | 0.00 |
| Midland Credit Management Inc | Unsecured | 894.00 | 893.55 | 893.55 | 93.11 | 0.00 |
| Midland Funding LLC | Unsecured | 812.00 | 813.56 | 813.56 | 84.77 | 0.00 |
| Midland Funding LLC | Unsecured | NA | 990.98 | 990.98 | 103.26 | 0.00 |
| Midwest Physician Group | Unsecured | 173.80 | NA | NA | 0.00 | 0.00 |
| Mountain Summit Financial Inc. | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| National Credit Solution | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Loans LLC | Unsecured | 991.00 | 3,597.05 | 3,597.05 | 374.81 | 0.00 |
| Nicor Gas | Unsecured | 3,369.00 | 5,490.65 | 5,490.65 | 572.13 | 0.00 |
| Pay Day Loan Store Of Illinois | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 468.00 | 302.32 | 302.32 | 31.51 | 0.00 |
| Premier Bankcard | Unsecured | NA | 332.71 | 332.71 | 34.67 | 0.00 |
| Premier Bankcard | Unsecured | 434.00 | 433.77 | 433.77 | 45.20 | 0.00 |
| Premier Bankcard | Unsecured | 430.00 | 430.26 | 430.26 | 44.84 | 0.00 |
| Professional Account Management | Unsecured | 23.50 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | NA | 235.68 | 235.68 | 24.56 | 0.00 |
| Santander Consumer USA | Secured | 3,029.00 | 3,264.68 | 3,029.00 | 3,029.00 | 107.23 |
| United States Dept Of Education | Unsecured | 0.00 | 89,720.00 | 89,720.00 | 0.00 | 0.00 |
| University Of Chicago Physicians | Unsecured | 923.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $20,383.00 | $20,383.00 | $1,372.91 |
| **TOTAL SECURED:** | **$20,383.00** | **$20,383.00** | **$1,372.91** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,585.93 | $1,585.93 | $0.00 |
| **TOTAL PRIORITY:** | **$1,585.93** | **$1,585.93** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$108,346.73** | **$1,935.62** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,770.46 |
| Disbursements to Creditors | $25,277.46 |
| **TOTAL DISBURSEMENTS**: | **$30,047.92** |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/02/2016                        By: /s/ Marilyn O. Marshall
                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**